NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GARY B. DUNCAN,**
*Claimant-Appellant*

**v.**

**ROBERT WILKIE, Secretary of Veterans Affairs,**
*Respondent-Appellee*

---

2020-2099

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-2116, Judge Michael P. Allen.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Gary B. Duncan submits a letter, which the court construes as a motion to provide him copies of exhibits C and D to the underlying mandamus petition filed at the United States Court of Appeals for Veterans Claims so that he can include those documents in an appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the Secretary of Veterans Affairs is directed to include those exhibits in a supplemental appendix within 14 days from the date of filing of this order. Mr. Duncan may cite to the documents in his reply brief, which is due no later than 14 days from the date of filing of the supplemental appendix.

FOR THE COURT

November 18, 2020                /s/ Peter R. Marksteiner
       Date                      Peter R. Marksteiner
                                 Clerk of Court

s31